# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 8, 2015

### NO. 03-15-00208-CV

**Joe Alton Greer, Appellant**

**v.**

**Rebecca Rodriguez Greer, Appellee**

**APPEAL FROM 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
DISMISSED ON APPELLANT'S MOTION -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the judgment signed by the district court on January 7, 2015. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.